August 5, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

REGENIA BECHEM, Appellant

NO. 14-13-00729-CV                              V.

RELIANT ENERGY RETAIL SERVICES, LLC AND COMERICA BANK,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Reliant Energy Retail Services, LLC and Comerica Bank, signed June 14, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellees, Reliant Energy Retail Services, LLC and Comerica Bank.

We further order this decision certified below for observance.